# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A-1 MORTGAGE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 02: 06cv0338 |
| ) | |
| DAY ONE MORTGAGE, LLC, ZUR ) | |
| GOLDBLUM and ZUR GOLDBLUM ) | |
| t/d/b/a DAY ONE MORTGAGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

**AND NOW**, this 15th day of March, 2006, this matter having been marked by Plaintiff's counsel as related to Civil Action No. 03-2002, and upon review of the Complaint by the Court, the Court finds that the instant action is <u>not</u> related to the case filed at Civil Action No. 03-2002 and, hereby, returns the Complaint to the Clerk of Court for random assignment.

So **ORDERED** this 15th day of March, 2006.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:   Jason A. Archinaco, Esquire
      White & Williams
      Email: archinacoj@whiteandwilliams.com

Dockets.Justia.com