IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A-1 MORTGAGE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 02: 06cv0338 |
| | ) | |
| DAY ONE MORTGAGE, LLC, ZUR GOLDBLUM and ZUR GOLDBLUM t/d/b/a DAY ONE MORTGAGE, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

**AND NOW**, this 15th day of March, 2006, this matter having been marked by Plaintiff's counsel as related to Civil Action No. 03-2002, and upon review of the Complaint by the Court, the Court finds that the instant action is <u>not</u> related to the case filed at Civil Action No. 03-2002 and, hereby, returns the Complaint to the Clerk of Court for random assignment.

So **ORDERED** this 15th day of March, 2006.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:     Jason A. Archinaco, Esquire
        White & Williams
        Email: archinacoj@whiteandwilliams.com