IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

A-1 MORTGAGE CORPORATION,

    Plaintiff,                                                 06cv0338

v.                                                          Electronically Filed

DAY ONE MORTGAGE, LLC, ET AL.,

    Defendants.

### Order of Court

At the non-jury trial scheduled for December 8, 2006, all direct testimony on behalf of plaintiff and/or defendants shall be received by affidavits. Said affidavits of direct testimony shall be filed by noon on Wednesday, December 6, 2006. Counsel will be permitted to conduct cross examination of all affiants who must be present in court.

                                                  SO ORDERED this 15th day of November, 2006.

                                                  s/Arthur J. Schwab
                                                  Arthur J. Schwab
                                                  United States District Judge

cc:    All counsel of record